UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MOSHE GEDALIA, ET AL.,<br>                    Appellants,<br>     v.<br>THE LAND HOLDING GROUP, INC., ET AL.,<br>                    Appellees. | USDC Case No.: 2:10-cv-00860-GMN-PAL<br><br>Bankruptcy No. BK-S-07-16852-BAM<br>Adv. Proceeding No. 08-1010-BAM<br>Chapter 11 |
| In re:<br>THE LAND HOLDING GROUP, INC.,<br>                    Debtor. | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |
| MOSHE GEDALIA, ET AL.,<br>                    Plaintiffs,<br>     v.<br>THE LAND HOLDING GROUP, INC., ET AL.,<br>                    Defendants. | EFFECTIVE JUNE 1, 2004<br>FILING FEE IS $175.00 |
| ITC FINANCIAL SERVICES, INC., ET AL.,<br>                    Counterclaimants,<br>     v.<br>MOSHE GEDALIA, ET AL.,<br>                    Counterdefendants. | |

Nathan Z. Dershowitz, Petitioner, respectfully represents to the Court:

1. That Petition resides at the city of New York, county of New York, in the State of New York.

2. That Petitioner is an attorney at law and a member of the law firm of Dershowitz, Eiger & Adelson, P.C., with offices at 2250 Fifth Avenue, Suite 300, New York, New York, 10001, with a telephone number of 212-889-4009, and an e-mail address of ndershowitz@lawdea.com.

08745-01/608897.doc

3. That Petitioner has been retained personally or as a member of the law firm by ___Plaintiffs___ [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since ___December 1966___ (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of ___New York___ (state) where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
| --- | --- | --- |
| First Circuit Court of Appeals | 6-4-1986 | |
| Second Circuit Court of Appeals | 6-15-1972 | |
| Third Circuit Court of Appeals | 9-5-1973 | |
| Fourth Circuit Court of Appeals | 9-6-1991 | |
| Fifth Circuit Court of Appeals | 3-9-1981 | |
| Sixth Circuit Court of Appeals | 5-8-1985 | |
| United States Supreme Court | 7-12-72 | |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

7.  Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

> None

8.  That Petitioner is a member of good standing in the following Bar Associations:

> New York State Bar Association

9.  Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF __New York__ )
COUNTY OF __New York__ )

__Nathan Z. Dershowitz__, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this

__9th__ day of __June__, __2010__.

__Frances Kosier__
Notary public or Clerk of Court

FRANCES KOSIER
Notary Public, State of New York
No. 01KO5032711
Qualified in New York County
Commission Expires August 29, 20__10__

**DESIGNATION OF RESIDENT ATTORNEY
ADMITTED TO THE BAR OF THIS COURT
AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Richard Holley, Esq.__, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

Santoro, Driggs, Walch, Kearny, Holley & Thompson
400 South 4th Street, Suite 300, Las Vegas, NV 89101-6206
(702) 791-0308

(Street, City, State, Zip Code and Telephone No.)

4

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints _____Richard Holley, Esq._____ as his/her/their Designated Resident Nevada Counsel in this case.

Moshe Gedalia                _____/s/ Moshe Gedalia_____
(Party signature)
Suzie Gedalia                _____/s/ Suzie Gedalia_____
(Party signature)
M and S Unlimited, LLP       _____/s/ Moshe Gedalia_____
(Party signature)

CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____/s/ Richard L. Holley_____         3077
Designated Resident Nevada Counsel's Signature   Bar number

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5